UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

LATANYA SPOORS,

        Plaintiff,

v.

KENT COUNTY CORRECTIONAL
FACILITY et al.,

        Defendants.
_____/

Case No. 1:23-cv-501

Honorable Ray Kent

## ORDER FOR PARTIAL DISMISSAL, DENYING REQUEST FOR COUNSEL, and FOR PARTIAL SERVICE

In accordance with the opinion filed this date:

**IT IS ORDERED** that Plaintiff's action against Defendants Schafer, Vital Core Health Strategies, Kent County Correctional Facility, Hildes, Padilla, Placencia, and Unknown Parties ##1–3 be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c). **IT IS FURTHER ORDERED** that Plaintiff's § 1983 claims against Defendant LaJoye-Young and Plaintiff's ADA claim against Defendant LaJoye-Young in her individual capacity be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's request for the appointment of counsel (*see* ECF No. 7) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall forward the complaint to the U.S. Marshals Service, which is authorized to mail a request for waiver of service to Defendant LaJoye-

Young in the manner prescribed by Fed. R. Civ. P. 4(d)(2). If waiver of service is unsuccessful, summons shall issue and be forwarded to the U.S. Marshals Service for service under 28 U.S.C. § 1915(d).

**IT IS FURTHER ORDERED** that Defendant LaJoye-Young shall file an appearance of counsel (individual Defendants may appear *pro se* if they do not have counsel) within 21 days of service or, in the case of a waiver of service, 60 days after the waiver of service was sent. Until so ordered by the Court, no Defendant is required to file an answer or motion in response to the complaint, and no default will be entered for failure to do so. *See* 42 U.S.C. § 1997e(g)(1). After a Defendant has filed an appearance, proceedings in this case will be governed by the Court's Standard Case Management Order in a Prisoner Civil Rights Case.

Dated:  July 14, 2023                                /s/ Ray Kent
                                                     Ray Kent
                                                     United States Magistrate Judge